IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01967-WYD-GJR

BILL W. TERRY; and
TERRY A. CAMPBELL,

    Plaintiffs,

v.

DURANGO COCA-COLA BOTTLING CO., a Colorado corporation; and
ADAM ROGERS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice [# 21], filed May 17, 2007.  After careful review of the file and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [# 48], the Court has concluded that the stipulation should be approved and that Plaintiffs' claims against the Defendants should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice [# 21] is **APPROVED**; and that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: May 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge